Submitted on record and appellant's brief August 1, remanded for resentencing August 17, 1977

STATE OF OREGON, *Respondent,*

*v.*

KEITH RAYMOND MERRILL, *Appellant.*

(No. 73-656-C, CA 8028)

567 P2d 617

Gary D. Babcock, Public Defender, and Gary L. Hooper, Deputy Public Defender, Salem, filed the brief for appellant.

James A. Redden, Attorney General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

[ 635 ]

**PER CURIAM.**

The state confesses error under *State v. Stevens,* 253 Or 563, 456 P2d 494 (1969).[1]

Remanded for resentencing.

---

[1] We note that the distinction between *State v. Stevens,* 253 Or 563, 456 P2d 494 (1969), and *State v. Monahan,* 29 Or App 791, 564 P2d 1374 (1977), is that in *Stevens,* as in the case at bar, the trial court was ordering a sentence previously imposed to be executed, whereas in *Monahan,* no sentence had previously been imposed.